# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 30, 2022

Mr. Cortney Christopher Thomas
Brown Fox, P.L.L.C.
8111 Preston Road
Suite 300
Dallas, TX 75225

No. 22-11242 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Thomas,

The following pertains to your electronically filed appearance form.

The submitted appearance form does not match the registered attorney.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Linda B. Miles, Deputy Clerk
504-310-7793