# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 13, 2023

Ms. Charlene Cantrell Koonce
Brown Fox, P.L.L.C.
8111 Preston Road
Suite 300
Dallas, TX 75225

Mr. Cortney Christopher Thomas
Brown Fox, P.L.L.C.
8111 Preston Road
Suite 300
Dallas, TX 75225

No. 22-11242 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Ms. Koonce and Mr. Thomas,

We have received your Forms for Appearance of Counsel in the above case. Mr. Thomas doesn't appear as a party in this appeal. We will take no action on these documents.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Mary Frances Yeager, Deputy Clerk
504-310-7686