# United States Court of Appeals for the Fifth Circuit

No. 22-11242

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

Petition for Review from an Order of the
Northern District of Texas
Agency No. 3:22-CV-2118

ORDER:

IT IS ORDERED that the motion filed by Cortney C. Thomas for leave to be named as an Appellee, a Party in Interest, or Intervenor is DENIED.

IT IS FURTHER ORDERED that the alternative request filed by Cortney C. Thomas for permission to file motion to dismiss as an *amicus curiae* brief is GRANTED.

KURT D. ENGELHARDT
*United States Circuit Judge*