HUNTON ANDREWS KURTH

HUNTON ANDREWS KURTH LLP
2200 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20037-1701

TEL 202 • 955 • 1500
FAX 202 • 778 • 2201

MICHAEL J. EDNEY
DIRECT DIAL: 202 • 778 • 2204
EMAIL: medney@hunton.com

December 6, 2023

Mr. Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
Office of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

Re: *Securities and Exchange Commission v. Barton*, No. 22-11242

Dear Mr. Cayce,

I write on behalf of my client, Timothy Barton, who is the appellant in the above-referenced matter. On December 1, 2023, the Court requested supplemental letter briefing on the effect of the district court's November 29, 2023 orders – including, but not limited to, whether those orders moot the instant appeal. Dkt. 75. Appellant's brief is due by 5:00 p.m. December 11, 2023 and Appellee's response is due by 5:00 p.m. December 18, 2023. Appellant Barton respectfully requests those deadlines be extended to 5:00 p.m. December 22, 2023 and January 11, 2024, respectively.

Without the requested extension, the brief would otherwise be due on the eve of Appellant's counsel oral argument in the Maryland Court of Appeals and amidst many other briefing and hearing obligations in the D.C. Court of Appeals and in the District Court in this matter. With respect to the District Court orders on which this Court seeks supplemental briefing, the Appellant is filing several motions in the District Court that may be pertinent to the status of those orders and could materially affect the content of the requested briefing. The extension is also not inconsistent with the handling of this matter to date, as the instant appeal has been fully briefed since June 21, 2023 and had been set for argument (until the Court took the case as submitted on the briefs) for October 4, 2023.

The Appellee Securities and Exchange Commission does not oppose the requested extension. Thank you for your consideration.

HUNTON
ANDREWS KURTH

Sincerely,

Michael J. Edney

Cc: All counsel of record
via the Electronic Court Filing System