# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 06, 2023

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

No. 22-11242 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Edney,

We received your Level 1 extension request. Please be advised that this request requires the filing of a motion. Also, unless you incorporate a request to the adjust the briefing schedule, we cannot extend the time for the filing of the Appellee's Supplemental Letter brief. Therefore, we are taking no action on this motion.

Please file a motion that complies per the above, or file a joint motion with the opposing counsel's signature.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Mary Frances Yeager, Deputy Clerk
504-310-7686

cc: Mr. Keefe Michael Bernstein
Mr. Michael Christopher Dingman
Mr. Ezekiel Levenson Hill
Mr. Richard Bratton Roper III