NO. 22-11242

# United States Court of Appeals for the Fifth Circuit

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Appellee,*

*versus*

TIMOTHY BARTON,

*Defendant-Appellant*,

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

## APPELLANT TIMOTHY BARTON'S UNOPPOSED MOTION TO ALTER BRIEFING SCHEDULE IN THE FORM OF A LEVEL 1 EXTENSION

Michael J. Edney
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1500
*medney@huntonak.com*

Appellant Timothy Barton moves for a limited alternation to the briefing schedule in this matter in the form of an unopposed, Level 1 Extension, per 31.4.3.1 of the Rules and Internal Operating Procedures of the United States Court of Appeals for the Fifth Circuit.

**Request for Limited Alteration of Briefing Schedule**

On December 1, 2023, the Court requested supplemental letter briefing on the effect of the District Court's November 29, 2023 orders – including, but not limited to, whether those orders moot the instant appeal. Dkt. 75. Per that order, Appellant's brief is due by 5:00 p.m. December 11, 2023 and Appellee's response is due by 5:00 p.m. December 18, 2023. After consultations with the Appellee regarding its preferences for a deadline in the event of an extension, Appellant Barton respectfully requests those deadlines be extended to 5:00 p.m. December 22, 2023 and January 11, 2024, respectively.

There is good cause for the requested extension. Without it, Appellant's brief would otherwise be due on the eve of Appellant counsel's oral argument in the Maryland Court of Appeals and amidst many other briefing and hearing obligations in the D.C. Court of Appeals and in the District Court in this matter. With respect to the District Court orders

on which this Court seeks supplemental briefing, the Appellant is filing several motions in the District Court that may be pertinent to the status of those orders and could materially affect the content of the requested briefing. The extension is also not inconsistent with the handling of this matter to date, as the instant appeal has been fully briefed since June 21, 2023 and had been set for argument (until the Court took the case as submitted on the briefs) for October 4, 2023.

Per Fifth Circuit Rule 27.4, Appellant contacted counsel for Appellee Securities and Exchange Commission, who indicated that the Commission does not oppose the requested extension and specifically requested that January 11, 2024 be the date their briefing be due, should this extension be granted.

## Conclusion

For the Reason's set forth above, the Court should grant Appellant's motion to alter the briefing schedule.

Respectfully submitted,

*/s/ Michael J. Edney*
Michael J. Edney
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1500
*medney@huntonak.com*

ATTORNEY FOR APPELLANT
TIMOTHY LYNCH BARTON

Date: December 7, 2023

## Certificate of Filing and Service

I hereby certify that on December 7, 2023, this document was filed and served in PDF format using the United States Court of Appeals for the Fifth Circuit's CM/ECF system upon all counsel of record, as follows:

Ezekiel L. Hill
hillez@sec.gov
Securities and Exchange Commission
100 F St., N.E.
Washington, DC 20549

Keefe M. Bernstein
bernsteink@sec.gov
James E. Etri
etrij@sec.gov
David B. Reece
reeced@sec.gov
Securities and Exchange Commission
801 Cherry St., Suite 1900
Fort Worth, TX 76102

*Counsel for the Securities and Exchange Commission*

In addition, I further certify that this electronic filing is an exact copy of the paper document and any privacy redactions have been made. This filing has been scanned for viruses and has been found to be free of viruses.

*/s/ Michael J. Edney*