# United States Court of Appeals for the Fifth Circuit

No. 22-11242

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

ORDER:

IT IS ORDERED that Appellant's unopposed motion to alter the supplemental briefing schedule and extend until December 22, 2023, Appellant's time for filing a brief, and until January 11, 2024, for Appellee's time for filing a response brief, is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT