NO. 22-11242

---

IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

---

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Appellee,*

*vs.*

TIMOTHY BARTON,

*Defendant-Appellant*,

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

---

**UNOPPOSED MOTION TO WITHDRAW**

---

Michael Dingman
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1500
*mdingman@huntonak.com*

The undersigned attorney, Michael Dingman, respectfully requests to be withdrawn as counsel of record in this action. Mr. Dingman has appeared in this matter through his employer—Hunton Andrews Kurth LLP—on behalf of Appellant Timothy Barton. Mr. Dingman will be leaving Hunton Andrews Kurth on January 9, 2024, to join the Commonwealth of Virginia's Office of the Solicitor General. He therefore requests that he be withdrawn from the docket and service list as counsel of record. Appellant Barton will continue to be represented by Michael J. Edney of Hunton Andrews Kurth LLP, and this motion will not prejudice or delay these proceedings.

Respectfully submitted,

*<u>/s/ Michael Dingman</u>*
Michael Dingman
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue NW
Washington, DC 20037
(202) 955-1500
*mdingman@huntonak.com*

ATTORNEY FOR APPELLANT
TIMOTHY LYNCH BARTON

January 3, 2024

## **Certificate of Conference**

I hereby certify that I conferred with counsel for the Appellee regarding the relief sought herein, who indicated that the Appellee is unopposed.

*/s/ Michael Dingman*
Michael Dingman

## **Certificate of Filing and Service**

I hereby certify that on January 3, 2024, this motion was filed and served in PDF format using the United States Court of Appeals for the Fifth Circuit's CM/ECF system upon all counsel of record.

*/s/ Michael Dingman*
Michael Dingman

## Certificate of Compliance

I hereby certify that this document complies with the word limit of Fed. R. App. P. 27(d)(2)(A), because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the document contains 103 words, as calculated using the word processor used to prepare this document, Microsoft Word for Microsoft 365. I also certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Michael Dingman*
Michael Dingman