# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 05, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-11242 SEC v. Barton
USDC No. 3:22-CV-2118

The court has taken the following action in this case:

The motion to withdraw as counsel is hereby GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Keefe Michael Bernstein
Mr. Michael Christopher Dingman
Mr. Michael J. Edney
Mr. Ezekiel Levenson Hill
Ms. Charlene Cantrell Koonce
Mr. Richard Bratton Roper III

P.S. We have removed Mr. Michael Dingman from our docket as counsel for appellant. We will not send further orders, correspondence, etc. regarding this appeal.